UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK GEANNIE CAYASSO
MURRAY,

       Petitioner,

  v.                            Case No.:  2:26-cv-01359-SPC-NPM

DAVID HARDIN *et al.*,

       Respondents,

                                /

## **OPINION AND ORDER**

Before the Court are Frank Geannie Cayasso Murray's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).  For the below reasons, the Court grants the petition.

Cayasso Murray is a native and citizen of Nicaragua who entered the United States in 2022.  Immigration and Customs Enforcement ("ICE") recently arrested Cayasso Murray and detained him without an opportunity to seek release on bond.  In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), the government concedes Cayasso Murray is entitled to a bond hearing.

The Court will thus order the respondents to either bring Cayasso Murray before an immigration judge for an individualized bond hearing within ten days or release him.  To satisfy this Order, the hearing must include—and

the resulting order must reflect—consideration of evidence properly submitted by the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and Cayasso Murray's counsel must be given at least 48 hours' notice of the hearing, but only if they enter their appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice.  The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements.  If the respondents are unable to ensure Cayasso Murray receives a bond hearing that complies with this Order within ten days, they must release him.

Accordingly, it is hereby

**ORDERED**:

Frank Geannie Cayasso Murray's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall either (1) bring Cayasso Murray for an individualized bond hearing before an immigration judge or (2) release Cayasso Murray under reasonable conditions of supervision.  If the respondents release Cayasso Murray, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

2

(2)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record